UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    JENNIFER LYNN KOLESAR,

                      Debtor.

**AFFIDAVIT OF SERVICE**
Chapter 7
Case No: 15-61509-DD

STATE OF NEW YORK)
                       ss.:
COUNTY OF MONROE )

    Samantha Gordon, being duly sworn, says: I am an employee of Gordon and Schaal, LLP., attorneys for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services in this action.

    On **December 23, 2015,** I served the annexed opposition to debtor's motion to redeem in above action by depositing a true copy thereof enclosed in a post paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following person(s) at the last known address set forth after each name:

TO:  Jennifer Lynn Kolesar
       4617 Vestal Road
       Vestal, New York 13850

       Maxsen D. Champion, Esq.
       2 South Street, Suite 312
       Auburn, New York 13021

       James C. Collins, Esq.-Trustee
       P.O. Box 713
       Whitney Point, New York 13862

                                        Samantha Gordon

Sworn to before me this
23rd day of December, 2015.

_____
Notary Public

TRACY A. RUSSO
Notary Public, State of New York
Qualified in Monroe County
No. 01RU6204275
Commission Expires April 13, 20__