So Ordered.

Signed this 20 day of January, 2016.

_____
Diane Davis
United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF NEW YORK** | **HEARING DATE: 1/14/16**<br>**LOCATION: BINGHAMTON** |

_____

| | |
|---|---|
| **IN RE:**   **JENNIFER L. KOLESAR,** | **CHAPTER 7** |
| **Debtor,** | **Case No.    15-61509** |

_____

**ORDER ON MOTION TO AVOID LIEN**

The debtor, by and through her attorney Maxsen D. Champion, Esq. filed a motion to avoid the Judgment Lien of DISCOVER BANK, pursuant to 11 U.S.C. Section 522(f) on or about November 18, 2015 (ECF docket. No 9) and was served the attorneys who filed the judgment on behalf of DISCOVER BANK all via certified mail on or about November 18, 2015, as evidenced by the certificate of service attached to the Notice of Motion as ECF docket no. 10, and this matter having be noticed for this Court's January 14, 2016 calendar and there being no opposition thereto.  Accordingly, it is hereby

**ORDERED AND ADJUDGED**, that the judgment lien of **DISCOVER BANK** in the amount of $12,622.80 and filed in the Broome County clerk's office on or about 5/20/2014, (Book 00201 at page 1470) is hereby ~~voided,~~ DD/USBJ avoided and it is further,

**ORDERED AND ADJUDGED**, that the judgment lien of **DISCOVER BANK** in the amount of $4,126.43, which was filed in the Broome County Clerk's Office on or about 5/20/2014  (Book 00201 at page 1464) is hereby ~~voided~~. DD/USBJ avoided

### ###