So Ordered.

Signed this 29 day of March, 2016.

_____

Diane Davis
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

IN RE:        **JENNIFER LYNN KOLESAR,**             **CHAPTER 7**

                                  **Debtor,**                      **Case No.      15-61509**

### ORDER ON MOTION FOR REDEMPTION PURSUANT TO 11 U.S.C. Section 722

The debtor, by and through her attorney Maxsen D. Champion, Esq. filed a motion to

redeem the debtor's interest in a 2006 Jeep Commander (VIN 1J8HG58206C318931) pursuant to

11 U.S.C. Section 722 on or about December 8, 2015 (ECF docket. No 15) which was served

upon Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services via certified mail on or about

December 8, 2015 and Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, having

appeared by and through their attorneys GORDON & SCHAAL, LLP, Deborah Kall Schaal,

Esq., of counsel and interposing an objection to debtor's motion and this matter having been

noticed for this Court's January 14, 2016 calendar, and this matter having been adjourned to the

Court's March 10, 2016 calendar at which time the parties having stipulated to resolve this

matter and after due consideration, it is hereby

**ORDERED AND ADJUDGED**, that debtor may redeem her interest in a 2006 Jeep

Commander (VIN 1J8HG58206C318931) for the agreed upon sum of $9,200.00 NINE

THOUSAND, TWO HUNDRED AND 00/100 DOLLARS to be paid to Wells Fargo Bank,

N.A., d/b/a Wells Fargo Dealer Services within fifteen (15) days from the date of this Order, and

it is further,

**ORDERED AND ADJUDGED**, that within thirty (30) days from the date that this

payment is made, Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services stipulates to

provide debtor with a lien release with respect to debtor's 2006 Jeep Commander (VIN

1J8HG58206C318931) and it is further;

**ORDERED AND ADJUDGED**, that upon debtor's failure to pay the redemption

amount within fifteen (15) days from the date of this order, that this redemption order is null and

void, and Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services may submit an order for

the court's signature vacating the automatic stay as to debtor's 2006 Jeep Commander (VIN

1J8HG58206C318931), and it is further

**ORDERED AND ADJUDGED**, that debtor's attorney shall be entitled to receive

compensation for his services with respect to representation of the debtor in this motion in the

amount of $350.00 THREE HUNDRED AND FIFTY AND 00/100 DOLLARS, with said sum

to be paid by debtor to debtor's attorney.

Deborah Kall Schaal Esq.

Attorney for Creditor

Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
Services

###